UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>　　　　　Respondent. | No. CV 16-3622 PSG (FFM)<br><br>JUDGMENT |

　　Pursuant to the Order Summarily Dismissing Petition,

　　IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 10, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　United States District Judge